

320 London Rd, Suite 120, Delaware OH 43015

April 22, 2024

Subject: Character Letter

To,
The Honorable Judge Sarah Morrison
United States District Court for the Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Columbus Ohio 43215

I Arunark Kolipaka, president of American Youth Cricket Academy Inc, and past president of USA Cricket Eastern Midwest Hub, which conducts cricket in Ohio, Michigan and Indiana for youth. I have known Gurtej Singh for past 3 years and he has been an active volunteer to promote cricket in the Midwest region. He is a very passionate and affectionate person who constantly tries to help people in need. He started an adult cricket league three years ago and has successfully conducted the tournaments by inviting players across the country along with some internationally renowned cricket players. Some of these players have even played for the Major League Cricket (MLC, https://www.majorleaguecricket.com/). He named this tournament on his fathers' and mothers' name (CS Bhullar and Maninder Kaur Bhullar Tournament) as a tribute to them. Additionally, he volunteered as a selector for Eastern Midwest Hub (EMW hub), an independent organization for youth cricket under the umbrella of USA cricket. He dedicated his time as a volunteer by traveling to these different tournaments across the region over a span of 3 to 4 months and selecting the teams for EMW hub as well as for Midwest zone for USA Cricket for Under 13, Under 15 and Under 17 age categories. This shows his character to serve the community as a volunteer.

I would like to mention that Gurtej Singh Bhullar has always been a jovial and family loving person. He always volunteers to help people when needed and goes above and beyond. He and his family are always respectful and maintains cordial relationship with everyone. He attends Gurudwara (a holy place for worship) and he occasionally conducts food donations at Gurudwara, where I have attended to one of them. This shows his faith in God and also serving nature. To the best of my knowledge, I would say that this offense is out of character for Gurtej Singh. Thanking you!

Please do not hesitate to contact me if you have any questions.

Sincerely,

Arunark Kolipaka
President of American Youth Cricket Academy
Ph# 507-202-9345

Chetan Rajput

Lead Decision Support Scientist, Highmark Health

███████████████

█████████

~~chetanrajput9604@gmail.com~~

03/14/2024

To Whom it May Concern

I am writing this letter to offer a character reference for Mr. Gurtej Singh, known affectionately as Gary Bhullar, whom I have had the privilege of knowing for several years.

My relationship with Gary has provided me with numerous opportunities to witness his dedication, generosity, and commitment to fostering the game of cricket in Columbus and extending its influence to the wider USA, including Pittsburgh. Gary's enthusiasm for cricket is unparalleled. He has not only been a fervent supporter of the sport but has taken tangible actions to ensure its growth and accessibility. One of Gary's most significant contributions is the initiation and organization of cricket tournaments in Columbus. These events have not only provided a platform for local and visiting players to showcase their talents but have also played a crucial role in promoting the sport within the community, creating a vibrant and inclusive cricketing environment.

Moreover, Gary's generosity extends beyond the cricket field. Understanding the challenges faced by players traveling from cities like Pittsburgh to Columbus for matches, he has generously donated cricket equipment to numerous players, alleviating their financial burdens and ensuring they have the necessary gear to participate. His kindness didn't stop there; Gary has opened his doors, offering accommodation to those in need, ensuring they have a comfortable place to stay. This level of hospitality and support has not only uplifted the players but has also fostered a sense of community and camaraderie among cricket enthusiasts. Gary's actions have had a ripple effect, significantly contributing to the upliftment of cricket not just in Columbus but also in Pittsburgh. His efforts have bridged communities, brought together players from diverse backgrounds, and helped in cultivating a shared passion for the sport.

In conclusion, I firmly believe that Gurtej Singh (Gary Bhullar) is a person of exceptional character, whose actions have been driven by his love for cricket and his desire to contribute positively to his community. His dedication to promoting the sport, coupled with his acts of generosity, exemplify the qualities of a compassionate and committed individual. I respectfully request that you consider these attributes when making your decision. Thank you for your time and consideration.

Regards

Chetan Rajput

# GURU NANAK RELIGIOUS SOCIETY of CENTRAL OHIO



SIKH TEMPLE COLUMBUS OHIO

3745 Business Park Drive
Columbus, Ohio 43204-5007
614-279-2700



EIN: 31-1059868

September 08, 2024

Re:    Gurtej Singh (DOB: 07/18/1975) son of late S Charanjit Singh - Reference Letter

To: The Honorable Judge Sarah D. Morrison
United States District Court for the Southern District of Ohio

I am writing this letter on behalf of Gurtej "Gary" Singh whom I have known for the last six years.

My name is Satpal Singh Bir, and I am the past President of the Central Ohio Sikh Temple legally known as Guru Nanak Religious Society of Central Ohio (Ohio Charter 606286) a tax exempt religious and charitable organization. I recently retired as a field Revenue Agent for the United States Treasury, Internal Revenue Service where I served as a national expert on Statistical Sampling and Computer Specialist and have given expert court testimony in Computer Software Programming, forensic accounting and estimations for tax purposes. I am a multiple graduate of the Ohio State University. I had been with the Treasury/IRS for over 36 years. I have been supporting our local Sikh temple for the past 30 years and am currently assisting with managing the Temple and it's finances and assist the local community is multiple ways.

I have known Gurtej since before 2018, when he approached the Temple's management committee to volunteer his time and services. When tasked with any volunteer work, he was happy to perform the requested local community service. He donated both his time and talents and often served food to the local congregation after prayer services. He has assisted in the preparation of the Sikh community meal (called "Langar") that is served to the congregation as part of our services. Gurtej is dependable, peaceful and cordial with members of the congregation that he has worked with. Gurjet also runs a local cricket team and has solicited members of the congregation to join his team or league. He expends time assisting members with coaching as needed.

As a first generation immigrant, he has tried to establish himself with hard work and volunteering to lift his local community. Based on my working with Gurtej Singh, who regularly volunteers at the Sikh Temple, I consider him of good character, with good ethics and is very respectable of others who has unfortunately lapsed in judgment based on his recent conduct and guilty plea. I can vouch that he will be a good citizen. This letter is to attest that he is looked upon by the community assists the community by volunteering. Please kindly consider his conduct and kindness in assisting his community & congregation as part of your sentencing.

If you require more details or have questions, please contact me at 614-738-0621.

Sincerely yours,

Mr. Satpal Singh Bir  for
Guru Nanak Religious Society of Central Ohio
    / cell 614-738-0621

September 5, 2024

Subject: Character Letter

To,

The Honorable Judge Sarah Morrison
United States District Court for the Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Columbus Ohio 43215

I am writing to attest to the character of Gurtej Singh, who has been a valued family friend of ours for 3.5 years. During this time, we have come to know him very well and can speak to his exemplary character.

Gurtej Singh has consistently demonstrated qualities such as integrity, responsibility, etc. He has always shown respect and consideration for others, and we have found him to be reliable and trustworthy.

He has been a positive influence and a supportive presence in our lives, and we have great respect for his dedication to community service. Gurtej Singh is known for the person who is always there in the times of need.

It is with confidence and genuine endorsement that I vouch for Gurtej Singh and his character.

Should you need any additional information, please do not hesitate to reach out to me.

Sincerely,

Hiren Patel

Ph# 423-994-4439

September 4, 2024

Subject: Character Letter

To,

The Honorable Judge Sarah Morrison
United States District Court for the Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Columbus Ohio 43215

This is to certify that Gurtej Singh, residing at 1544 Shale Run Dr, Delaware, OH 43015, has been known to me for the past 4 years.

During this time, Gurtej Singh has consistently demonstrated qualities of integrity, responsibility, kindness, reliability. He has been a person of good character, exhibiting commendable ethics. He always shows respect for others.

In all interactions with him, Gurtej Singh has proven to be an honest person with values and ethics. He is well-respected among peers and has maintained a reputation.

I am confident that Gurtej Singh will continue to uphold these values.

Please feel free to contact me at 614-772-9970 should you require any further information.

Sincerely,

Kaushal Patel

**Mohanpreet Kang**

████████████████████████

To Whom It May Concern,

My name is Mohanpreet Kang, and I am writing this letter to express my heartfelt support for Gurtej Singh. I have had the privilege of knowing Gurtej for 5 years and have always found him to be a person of integrity, kindness, and sincerity.

In my time knowing Gurtej, I have observed his unwavering commitment to his family, friends, and community. He is a responsible and trustworthy individual, always ready to lend a helping hand whenever someone is in need. Whether it's offering guidance or volunteering his time, Gurtej consistently demonstrates a sense of selflessness that is rare to find.

His strong moral character is evident in both his personal and professional life. Gurtej is not only reliable but also approaches every task with diligence and dedication. His ability to remain calm under pressure and make fair, thoughtful decisions is something I deeply admire.

I wholeheartedly vouch for Gurtej Singh and believe he would be an asset to any community or situation he is a part of. Should you need any further information, please do not hesitate to contact me.

Sincerely,
**Mohanpreet Kang**
mohanpreetk@gmail.com

Nrupesh Puvvada

████████████

Pittsburgh, PA, ████

415-606-7035

03/13/2024


To Whom It May Concern,

I am writing this letter to express my utmost admiration and respect for Gurtej Singh, also known as Gary Bhullar, and to attest to his exemplary character and contributions to the promotion of cricket.

I have had the privilege of knowing Gurtej for the past couple of years, during which time I have witnessed firsthand his unwavering dedication to the sport of cricket and his tireless efforts to foster a sense of camaraderie and hospitality within the cricketing community.

Gurtej has played a pivotal role in organizing numerous cricket tournaments, providing a platform for players from diverse backgrounds to showcase their talent and passion for the game. His meticulous attention to detail and organizational skills have ensured that these tournaments are conducted with the utmost professionalism and efficiency, earning him the support and comfort of players, officials, and spectators alike.

What truly sets Gurtej apart, however, is his unparalleled hospitality and warmth towards players who travel from afar to participate in these tournaments. Whether arranging accommodation, transportation, or meals, Gurtej goes above and beyond to ensure that every player feels welcomed, valued, and comfortable throughout their stay. His generosity and kindness have left a lasting impression on all those who have had the pleasure of interacting with him, fostering a sense of camaraderie and friendship that extends far beyond the cricket field.

In addition to his contributions to the cricketing community, Gurtej is also a person of impeccable integrity, honesty, and compassion. He conducts himself with humility and grace, always putting the needs of others before his own and striving to make a positive difference in the lives of those around him.

In conclusion, I wholeheartedly endorse Gurtej Singh (Gary Bhullar) as a person of outstanding character and integrity. His passion for cricket, coupled with his unwavering commitment to promoting the sport and fostering a sense of hospitality and camaraderie, make him a truly exceptional individual worthy of respect and admiration.

Sincerely,

Nrupesh Puvvada

September 5, 2024

Subject: Character Letter

To,

The Honorable Judge Sarah Morrison
United States District Court for the Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Columbus Ohio 43215

I am delighted to write this letter for Gurtej Singh, who has been an outstanding contributor to our Cricket team for 4 years.

I have had the pleasure of knowing Gurtej Singh for over 4 years now and can attest to their exceptional character both on and off the field. He has consistently demonstrated remarkable dedication, discipline, and sportsmanship in all his sporting and interpersonal endeavors.

Gurtej Singh has shown great leadership and perseverance, whether through rigorous training, competitive events, or team activities. He exhibits an exemplary attitude towards both victories and challenges, embodying the values of respect, fairness, and teamwork.

In addition to his athletic achievements, Gurtej Singh is known for motivating teammates, volunteering in community events, and mentoring younger athletes. His dedication to the community is truly commendable and has made a significant positive impact.

I wholeheartedly recommend Gurtej Singh as a person of exemplary character and integrity. He is a remarkable individual who upholds the highest standards of both personal and professional conduct.

If you require any additional information, please do not hesitate to contact me.


Sincerely,

Rohan Patel
███████████ Westerville, OH ████
Ph# 614-600-4449

Sachal Magon

Senior Consultant, CGI Inc.

Pittsburgh, PA

Sachal.Magon@gmail.com

412-773-0235

04/01/2024

To Whom It May Concern,

I am writing this letter to enthusiastically recommend Gurtej Singh for his exceptional character, exemplary hospitality, professionalism, and dedication to cricket promotion.

I have had the pleasure of knowing Gurtej for several years, during which time I have witnessed firsthand his remarkable qualities and contributions to both the cricketing community and beyond.

Gurtej possesses an innate charm and warmth that make him a pleasure to be around. His genuine kindness and hospitality extend to everyone he encounters, whether they are fellow cricket enthusiasts, players, officials, or spectators. Gurtej goes above and beyond to ensure that others feel welcomed, valued, and comfortable in his presence, creating an atmosphere of inclusivity and camaraderie wherever he goes.

In addition to his exceptional interpersonal skills, Gurtej demonstrates a high level of professionalism in all his endeavors. As an organizer of numerous cricket tournaments, he displays meticulous attention to detail, ensuring that every aspect of the event is executed with precision and efficiency. His dedication to promoting the sport of cricket is evident in the quality and success of these tournaments, which provide a platform for players from diverse backgrounds to showcase their talent and passion for the game.

Furthermore, Gurtej's commitment to cricket promotion extends beyond the confines of the field. He actively engages with the community, organizing outreach programs, coaching sessions, and charity events to inspire the next generation of cricket enthusiasts and give back to society.

In summary, Gurtej Singh is an individual of outstanding character and integrity. His exceptional hospitality, professionalism, and dedication to cricket promotion make him a valuable asset to any organization or endeavor. I wholeheartedly endorse Gurtej and am confident that he will continue to make significant contributions to his community and beyond.

Sincerely,

Sachal Magon

Sainikeathan Kadhati

Software product manager, CGI

Nikeathan12@gmail.com

9139569010

04/13/2024

To whomsoever it may concern,

I am writing in favor of Gurtej Singh, popularly known as Gary Bhullar. I've known Gary for about 5 years on a personal basis. After spending a lot of time with him, I can speak to his helpful personality, kindness, and tremendous desire to help the sport of cricket spread throughout the country.

He is a highly respected man in our circle of friends and family due to his strong ethics and unwavering principles. I've heard from numerous people firsthand about his invaluable assistance in establishing their businesses and livelihoods.

Gary has certainly made the most significant contribution to the youngsters of the Midwest region's ability to flourish in the sport and potentially represent the country soon. Taking all of this into account, I can strongly attest to his character for upholding all the important qualities and serving as a role model for all of us young people to build a kind heart and a strong personality both on and off the cricket pitch.

Sincerely,

Sainikeathan Kadhati

September 5, 2024

Subject: Character Letter

To,

The Honorable Judge Sarah Morrison
United States District Court for the Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Columbus Ohio 43215

I'm writing this certificate of character for Gurtej Singh, who has been a valued resident of our neighborhood for 3 years.

I have known Gurtej personally for 3 years and have always found him to be an exemplary individual. He consistently demonstrates qualities of honesty, integrity, and responsibility in his daily interactions. Gurtej is known for their kindness, reliability, and helpfulness, which have made a positive impact on our community.

Gurtej actively participates in neighborhood activities and is always willing to lend a helping hand to the neighbors in need. Their positive attitude and willingness to assist others have earned them the respect and admiration of those around them. I've attended several community events with him at Sikh Temple which shows his faith in God and willingness to give back to the community through services like free food distribution etc.

I have no hesitation in recommending Gurtej as a person of high character and integrity. They are a valuable asset to our community and I am confident that they will continue to contribute positively wherever they go.

Should you require any further information, please feel free to contact me.

Sincerely,

Saurav Kushan
███████████ Powell, OH ██████
Ph# 614-772-5304

## LETTER FROM SHAMINDER DHALIWAL

## To The Honobrale Judge Sarah D Morrison

**United States District Court for the Southern district of Ohio**

DATE 09-08-2024

My name is Shaminder Dhaliwal wife of Gurtej Singh. I want to explain my life experience with him since i marrried in 2010. We both have two lovely boys 8 and 4 years he love them take care of them when he is home ,After lost his business he was stressed out got some health issues hypertension heart attack and deppersion but got over with it and start driving truck stand as main provider in household. He is wondreful and caring man always help people in need. He always believe in hard work i remember once driver drop some water at home regected from receiver he gave it away to church, he do not want me and my kids that water to drink because it was not belongs to us. There is so many things i know about him but in short words he is good husband good father and good human person. I am so lucky to have him and i am so proud and thankful to God i am his proud wife. We dont have any close family in the USA. I undestand he made some honest mistake it was lack of knowledge i ask him to be careful in future. Please be kind with him because me and my kids only have him as our provider.

Thank you so much

SHAMINDER DHALIWAL

740-815-8272

1



September 7, 2024

To,

The Honorable Judge Sarah Morrison
United States District Court for the Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Columbus Ohio 43215

This is to certify that Gurtej Singh has made significant contributions to our cricketing community.

He has exhibited exemplary qualities of leadership, dedication, and integrity. He has been instrumental in organizing and managing various cricket events and activities, demonstrating exceptional organizational skills and a deep commitment to the sport.

He conducts a memorial tournament every year on his fathers' and mothers' names (CS Bhullar and Maninder Kaur Bhullar Tournament) as a tribute to them by getting an approval from USA Cricket which promotes cricket in the USA and also generates revenue for us. Additionally, he volunteered as a selector for Eastern Midwest Hub (EMW hub), an independent organization for youth cricket under the umbrella of USA cricket.

Gurtej Singh is known for his ability to work effectively with diverse groups, his problem-solving skills, and dedication to promoting and supporting cricket at all levels. He has consistently shown a strong work ethic.

It is with great confidence that we endorse Gurtej Singh and vouch for his outstanding character. He has made a positive impact on the sport in the United States of America and has earned our highest recommendation.

For any further information or inquiries, please feel free to contact us at 972-814-3921.

Kuljit Singh

Individual Director