**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GURTEJ SINGH,

      Defendant.

CASE NO.  2:23-cr-115

CHIEF JUDGE MORRISON

## ORDER

The United States has moved unopposed for an order of restitution in the amount of $261,751.70.

The Court sentenced Mr. Singh on September 11, 2024, but reserved the determination of the final amount of restitution for a later hearing, to permit victim Amazon to calculate its loss. (Mins., R.41; Notice, R.42.) Amazon has completed its calculation, and the parties agree that its loss is $16,158.20.

Combining Amazon's loss with the other victims' losses, the Court finds that the total amount of restitution owed in this case is $261,751.70. (*See* PSR, R.35, ¶ 104.) The Court ORDERS Defendant Singh to pay restitution in the amount of $261,751.70.

IT IS SO ORDERED.

Date: __10-29-24__

_____
CHIEF JUDGE MORRISON