Restitution as to Gurtej Singh
2:23-cr-115
Payee, Name, Address, Restitution Amount- Please disburse restitution to victims on a pro rata basis.

1.  National Presto
    3925 N Hastings Way,
    Eau Claire, WI 54703
    Contact: Pete Furrer, Legal Counsel
    Amount: $269.00

2.  AGCS Marine Insurance Company-
    PO Box 2035
    Carol Stream, IL 60132-2035
    Contact: Christopher Morrill, SIU Investigator
    Amount: $180,000.00

3.  Landstar
    13410 Sutton Park Drive South  I
    Jacksonville, FL 32224
    Contact: Don Stambaugh, Corporate Paralegal
    Amount: $9,000.00

4.  Bath & Body Works (BBW)
    Attn: Asset Protection Restitution
    3 Limited Pkwy
    Columbus, OH 43230
    Contact: Ben Johnson, Associate Vice President - Asset Protection Operations
    Amount: $40,775.00

5.  Amazon Corporate LLC
    PO Box 94681
    Seattle, WA 98124- 6981
    Contact: Erick Danvers
    Amount: $16,158.20

6.  MegaCorp Logistics
    PO BOX 1050
    Wrightsville Beach, NC 28480
    Attn: Avery Dietz
    Amount: $3,850.00

7.  Transfix
    11 Park Place, 14th Floor
    New York, NY 10007
    Contact: Nick Smolansky
    Amount: $5,700.00

7.  RXO
    11215 North Community House Road
    Charlotte, NC 28277
    Contact: Brian Baker, Sr. Manager Security
    Amount: $5,999.50