# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## U.S. Probation Office

**Mark R. Grawe**
Chief U.S. Probation Officer

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-719-3101

110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

702 Federal Building
200 West Second Street
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-512-1453

Reply to: Columbus Office

**January 8, 2026**

The Honorable Sarah D. Morrison
Chief United States District Judge
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

RE:     **SINGH, GURTEJ**
        **DOCKET NO. 2:23CR00115 (1)**
        **REQUEST PERMISSION TO TRAVEL OUTSIDE THE UNITED STATES**

On September 11, 2024,  Mr. Singh was sentenced by Your Honor after previously being found guilty of Count 1: Conspiracy to Commit Wire Fraud, in violation of Title 18 U.S.C. § 371.

Mr. Singh was sentenced to a term of imprisonment of twelve (12) months and one (1) day, followed by a three (3) year term of supervised release. Mr. Singh was also ordered to pay a $100.00 special assessment fee, and restitution in the amount of $261,751.70. Mr. Singh commenced his supervision on June 11, 2025.

Mr. Singh has performed well under supervision. He has been making his court ordered payments toward his restitution, he completed substance abuse counseling, and he has reported that he completed his 100 hours of community service.

Mr. Singh has not incurred any new law violations and has met with the undersigned probation officer as requested. He is currently unemployed but was recently able to obtain a valid drivers license, which should help him obtain employment.

Mr. Singh is requesting permission to travel to India from March 6, 2025, through March 31, 2025, to visit family. He has indicated that his mother-in-law is having surgery, and he and his wife are going to care for her during her recovery.  The residence where he will be staying is located at 89 Guru Nagar, Model Town, Jalandhar Punjab, India.

In recognition of the above information, the undersigned probation officer respectfully recommends Mr. Singh be allowed to travel outside of the United States.

If Your Honor should have any questions or need additional information, please contact the undersigned at (614) 719-3160.

Please indicate below by marking the appropriate box to indicate either authorizing or denying travel.

[X]  Authorization will be given to travel to India as stated in this letter.

[  ]  Authorization is hereby denied to travel outside of the United States.

_____
Signature of Judicial Officer

Respectfully Submitted,

*Matt Moore*

Matt Moore
U.S. Probation Officer

Reviewed and Approved,

*Matthew R. Mahler*

Matthew R. Mahler
Supervising U.S. Probation Officer